**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 20-20011-01-JAR |
| **PERFECTO MORALES-SANTIAGO,** | |
| **Defendant.** | |

## ORDER

The Change of Plea in this matter is set for videoconference hearing **on July 14, 2020 at 11:00 a.m**.  Counsel and parties are directed to call the Court's Zoom hearing account; the call-in number and password will be provided to counsel and/or parties before the hearing date.

Pursuant to the CARES Act and Administrative Order 2020-10, the Court tentatively finds that further delay in the Change of Plea hearing will seriously impair the interests of justice because: (1) the defendant is ready to plead; (2) if the defendant receives a custodial sentence the Bureau of Prisons is equipped to safely accept the defendant into custody; and (3) in the pretrial detention facility, the defendant neither has access to certain programming nor receives credit for time served.

If the defendant does not consent to the hearing by videoconference, or if the defendant objects to the Court's tentative finding that further delay will seriously impair the interests of justice, Counsel or pro se defendant must file a motion objecting to the videoconference hearing no later than **three days before the scheduled hearing**.  Upon such motion, the Court will continue the hearing, until such time as an in-person hearing can be safely conducted in accordance with Administrative Order 2020-10, or until such time as Counsel or the pro se defendant notifies the Court that defendant consents to a hearing by videoconference.  Any

period of postponement caused by Defendant's lack of consent is excludable under the Speedy Trial Act pursuant to Administrative Order 2020-10.

**IT IS SO ORDERED.**

Dated: <u>July 7, 2020</u>

<u>S/ Julie A. Robinson</u>
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE